## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PAUL W. ROTH III AND SUSAN C. ROTH, | Plaintiff, | ) ) ) |
| | | ) |
| | v. | ) ) |
| PNC BANK, N.A., | | ) ) |
| | | ) |
| | Defendants. | ) ) ) |

CIVIL ACTION

Case No. 1:15-cv-4779

JURY TRIAL DEMANDED

Honorable Amy J. St. Eve
Magistrate Geraldine Soat Brown

### AMENDED JOINT INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's standing order, the parties submit the following Amended Joint Initial Status Report.

**1.**     The Nature of the Case

    A.   Attorneys of Record

        1.   Plaintiffs Paul W. Roth III and Susan C. Roth ("Roth")

                Sulaiman Law Group, Ltd.
                Ross M. Zambon (lead attorney)
                Mara A. Baltabols
                Mohammed O. Badwan
                Paul M. Bach

        2.   PNC Bank, N.A. ("PNC")

                Clark Hill, P.C.
                Gary Eugene Green (lead attorney)
                Katie Nicole Simpson-Jones

    B.   Jurisdiction

        1.   Federal Statutes

            Roth has filed a federal claim under RESPA, 12 U.S.C. § 2601 et seq., to support subject matter jurisdiction under 12 U.S.C. § 2614 and 28 U.S.C. §§ 1331 & 1337. The Court has supplemental jurisdiction over state law claims under 28 U.S.C. § 1367.

2. Diversity Jurisdiction

Roth alleges that diversity jurisdiction is conferred upon this Court by 28 U.S.C. § 1332, as the matter in controversy exceeds $75,000.00 and is between citizens of different states. Defendant disputes both the diversity of citizenship and amount in controversy are satisfied to confer such jurisdiction.

C. Nature of Claims

Roth has brought claims for Breach of Contract, violations of the Illinois Consumer Fraud Act ("ICFA"), and violations of the Real Estate Settlement Procedures Act ("RESPA"). Roth's claims are based on the alleged wrongful servicing of his mortgage loan, alleged misrepresentations regarding the principal amount due on the mortgage loan, alleged misrepresentations regarding a modification of the contract, an alleged breach of a modification of contract, and an alleged failure to adequately respond to Roth's oral and written disputes regarding servicing.

D. Relief Sought by Plaintiff

Roth is seeking (a) a finding that PNC materially breached the mortgage contract, (b) statutory, actual, and punitive damages, (c) a declaration that the practices complained of in the complaint are unlawful and violate the statutes and regulations that are the subject of their claims, (d) costs, and (e) attorney's fees.

**2.    Pending Motions and Case Plan**

A. Pending Motions

None at this time.

B. Discovery Plan

1. Type of discovery needed includes interrogatories, production of documents, requests for admission, fact witness depositions, third party discovery, and possibly expert discovery. Defendant does not believe that expert testimony is appropriate or necessary in this case.

2. 26(a)(1) disclosures –11/15/15

3. Issue written discovery by – 12/15/15

4. Fact discovery completion date – 4/30/16

5. Expert discovery:

Plaintiff's expert reports – 6/1/16

Deposition of Plaintiff's experts – 7/15/16

Defendants' rebuttal reports – 8/1/16

Deposition of Defendants' experts – 9/1/16

    6.   Dispositive motion cutoff

        If expert discovery is taken – 10/15/16

        If expert discovery is waived – 6/1/16

C. <u>ESI</u>

Roth anticipates that ESI discovery may be necessary depending on whether or not PNC tenders discoverable information contained electronically in LPS Desktop, Fiserv, and Nautilus, or any equivalent software. Defendant does not believe that ESI discovery is appropriate for this case.

D. <u>Trial</u>

    1.  Jury trial has been requested.

    2.  Estimated two (2) to four (4) day trial.

**3.    Consent to Proceed Before a Magistrate.**

The parties do not unanimously consent to proceed before a magistrate.

**4.    Status of Settlement Discussions**

A.  The parties have engaged in preliminary settlement discussions.

B.  No settlement agreements have been reached.

C.  The parties do not request a settlement conference at this time.

Dated: October 14, 2015

| **Paul and Susan Roth** | **PNC Bank, N.A.** |
|---|---|
| By: /s/ *Mara A. Baltabols* | By: /s/ *Gary Eugene Green* |
| Mara A. Baltabols | Gary Eugene Green |
| Ross M. Zambon | Katie Nicole Simpson-Jones |
| SULAIMAN LAW GROUP, LTD. | CLARK HILL PLC |
| 900 Jorie Boulevard, Suite 150 | 150 North Michigan Ave., Ste. 2700 |
| Oak Brook, IL 60523 | Chicago, IL 60601 |
| (630) 575-8181 | (312) 985-5900 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |